MURPHY ROSEN & MEYLAN LLP
David E. Rosen (State Bar No. 155385)
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
Email: drosen@murphyrosen.com

HAHN LOESER & PARKS LLP
Mark A. Watkins
R. Eric Gaum
Amanda H. Wilcox
(*pro hac vice* admissions to be sought)
One GOJO Plaza, Suite 300
Akron, Ohio 44311-1076
Telephone: (330) 864-5550
Facsimile: (330) 865-7986
Email: mwatkins@hahnlaw.com
       regaum@hahnlaw.com
       awilcox@hahnlaw.com

Attorneys for Plaintiff LIFELOCK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SACV09-0640 DOC(ANx)

| | |
|---|---|
| LIFELOCK, INC., | Case No. |
| Plaintiff, | **COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION** |
| vs. | |
| PATHWAY DATA INC. d/b/a CONSUMER DIRECT, | DEMAND FOR JURY TRIAL |
| Defendants. | |

For its complaint against Defendant Pathway Data, Inc. d/b/a Consumer Direct ("Consumer Direct"), Plaintiff LifeLock, Inc. ("LifeLock") alleges and states as follows:

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

## I.    THE PARTIES

1.    Plaintiff, LifeLock, Inc. is a Delaware corporation with its principal place of business located at 60 E. Rio Salado Parkway, Suite 400, Tempe, Arizona 85281.

2.    Upon information and belief, Defendant Consumer Direct is a Nevada corporation with its principal place of business located at 3187 Red Hill Avenue, Ste 100, Costa Mesa, California 92626.

## II.    JURISDICTION

3.    This action arises under Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a), and common law trademark infringement, unfair competition, and unjust enrichment.

4.    This Court has subject matter jurisdiction over the federal trademark infringement and Lanham Act violations pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1332, 1338(a), and 1338(b).

5.    This Court has supplemental jurisdiction over the common law trademark infringement, unfair competition, and unjust enrichment claims pursuant to 28 U.S.C. § 1367.

6.    This Court has personal jurisdiction over Defendant because, upon information and belief, Defendant has a place of business in this district and therefore, resides within the jurisdiction of this court.

## III.    VENUE

7.    LifeLock incorporates the allegations and the averments of paragraphs 1-6 above as though fully set forth in this paragraph.

8.    Venue is proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims herein occurred in this district.

## IV.    INTRADISTRICT ASSIGNMENT

9.    LifeLock incorporates the allegations and the averments of

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

1  paragraphs 1-8 above as though fully set forth in this paragraph.

2      10.    This case is an Intellectual Property Action.

3  **V.    PLAINTIFF LIFELOCK'S BUSINESS AND ITS FEDERALLY REGISTERED TRADEMARKS**

4      11.    LifeLock, Inc. is an industry leader in the field of offering identity
theft prevention and recovery services to consumers. (See Pl.'s Ex. 1, pages
printed from Plaintiff's internet website located at www.lifelock.com.)

      12.    LifeLock is the owner of U.S. Trademark Registration No.
3,346,847 for the service mark LIFELOCK for use with "providing consultation
to third parties in the field of prevention of data theft and identity theft, and
prevention of unsolicited commercial electronic mail, namely removal from junk
mail lists and offers for pre-approved credit." LifeLock first used the mark in
connection with the aforementioned services at least as early as May 1, 2005.
(See Pl.'s Ex. 2, U.S. Trademark Registration No. 3,346,847.)

      13.    LifeLock is the owner of U.S. Trademark Registration No.
3,385,103 for the service mark GUARANTEE YOUR GOOD NAME for use
with "providing consultation to third parties in the field of prevention of data
theft, prevention of theft of personal information and information pertaining to
one's identity and prevention of unsolicited commercial electronic mail."
LifeLock first used the mark in connection with the aforementioned services at
least as early as January 2007. (See Pl.'s Ex. 3, U.S. Trademark Registration No.
3,385,103.)

      14.    LifeLock is the owner of U.S. Trademark Registration No.
3,582,399 for its "Lock" design service mark for use with "providing credit
reporting data maintained by others; credit risk management and consultation
services, namely, assistance with restoring and analyzing credit damaged by
identity theft, and providing reimbursement of costs associated with identity
theft" and "providing consultation to third parties in the field of prevention of

*MURPHY ROSEN & MEYLAN LLP*
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310.899.3300; FACSIMILE 310.399.7201

1  data theft and identity theft, and prevention of unsolicited commercial mail,

2  namely, removal from junk mail lists and pre-approved credit offer lists;

3  financial identity monitoring service; fraud resolution assistance, namely,

4  providing advice and consultation in the field of identity theft; providing identity

5  theft information to credit bureaus, banks, and credit card companies," in

6  international class 045.  LifeLock first used the mark in connection with the

7  aforementioned services at least as early as December 31, 2005.  (See Pl.'s Ex. 4,

8  U.S. Trademark Registration No. 3,582,399.)

9       15.   LifeLock registered the domain name www.lifelock.com for use

10  with its Internet web site in June, 2002.  LifeLock has continuously operated a

11  web site at this domain name.  LifeLock's services can be purchased through its

12  internet website, and contains the necessary contact information for customers

13  and potential customers.  (See Pl.'s Ex. 1.)

14       16.   The LIFELOCK, "LOCK" design, and the GUARANTEE YOUR

15  GOOD NAME marks are distinctive and are strongly associated in the minds of

16  consumers with the quality of the services originating from LifeLock.

17       17.   At great cost and expense and through years of hard work, LifeLock

18  has developed a demand for its services in the marketplace associated with its

19  service marks.  The LIFELOCK marks are widely recognized within the industry

20  and by the consumers as indicating the source of LifeLock's services, and are

21  distinctive of LifeLock's services, resulting in substantial goodwill of great

22  importance and value to LifeLock.

23  **VI.  DEFENDANT'S UNLAWFUL ACTIVITIES**

24       18.   Upon information and belief, Defendant Consumer Direct is in the

25  credit reporting and identity theft prevention business.

26       19.   Upon information and belief, Defendant's principal place of

27  business is in Costa Mesa, California.

28       20.   Upon information and belief, Defendant is offering a service

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

1  through its website (http://www.consumerdirect.om) under the name "CREDIT
2  REPORT LOCK," which is designed to prevent identity theft by requiring
3  anyone wishing to grant a user credit in their name to first get the user's
4  permission through a designated telephone number.    Defendant states that
5  "Anyone wishing to grant you credit should first validate your identity and your
6  application for credit, either at the phone number you designate with
7  ConsumerDirect, or in person. This gives you the protection you need for your
8  good name." (See Pl.'s Ex. 5, pages printed from Defendant's internet website
9  located at www.consumerdirect.com.)

10      21.    Upon information and belief, Defendant uses a logo on its website
11  to promote its "CREDIT REPORT LOCK" service that is almost identical and
12  confusingly similar to LifeLock's registered "LOCK" design service mark. (See
13  Pl.'s Ex. 6, pages printed from Defendant's internet website located at
14  www.consumerdirect.com.)

15      22.    Upon information and belief, Consumer Direct also advertises its
16  services on the Internet. Particularly, Consumer Direct engages in the practice of
17  "keyword advertising," wherein Consumer Direct purchases "keywords" from
18  Internet search engines.

19      23.    Upon information and belief, Consumer Direct has purchased the
20  trademark "LIFELOCK" and formatives thereof including but not limited to "life
21  lock" and "www.lifelock.com" as keywords on Internet search engines including
22  at least Google, Ask, and MSN.    When a user types in the trademark
23  "LIFELOCK" or a formative of "LIFELOCK," sponsored links for Consumer
24  Direct appear, in addition to sponsored links for LifeLock. (See Pl.'s Ex. 7,
25  printouts of Google, Ask, and MSN search results pages for "Lifelock" and
26  variations thereof obtained from www.google.com, www.ask.com, and
27  www.msn.com.)

28  / / /

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310.899.3300; FACSIMILE 310.399.7201

24.     Upon information and belief, Consumer Direct's purchase of "LIFELOCK" and formatives thereof as keywords is likely to cause consumer confusion.

25.     Upon information and belief, Consumer Direct has purchased the "LIFELOCK" trademark as a keyword for internet advertising in the past.  By letters dated June 23, 2008 and July 11, 2008, LifeLock notified Consumer Direct that its purchase of "LIFELOCK" as a keyword for paid placement on Google was a violation of LifeLock's rights.  (See Pl.'s Exs. 8 and 9, copies of each of the foregoing letters.)  Although Consumer Direct has been made aware of their violations of LifeLock's trademark rights in the past, Consumer Direct has again engaged of the same activity that LifeLock complained of in June and July of 2008 by purchasing LifeLock's trademarks as keywords to advertise its services.

26.     Consumer Direct's use of the mark LIFELOCK in interstate commerce in connection with its services is likely to confuse, mislead, and deceive the public as to the origin of the services, or cause these persons to believe that the services have been sponsored, approved, authorized, or licensed by LifeLock, and/or that Consumer Direct is in some way affiliated or connected with LifeLock.

27.     By using LifeLock's federally registered marks LIFELOCK, "LOCK" design, and GUARANTEE YOUR GOOD NAME, Defendant is causing a likelihood of confusion.

28.     Defendant's use of LIFELOCK as a keyword is likely to create initial interest confusion because consumers searching the Internet for information on LifeLock are likely to find Defendant Consumer Direct's website and mistakenly believe that it is affiliated with or sponsored by LifeLock.

29.     On information and belief, Defendant has used LifeLock's federally registered mark LIFELOCK and formatives thereof to capture initial consumer

1   attention and divert consumer's attention to Defendant's services and website
2   misappropriating LifeLock's goodwill in its trademarks and trading off of
3   LifeLock's reputation.

4       30.   On information and belief, Defendant's use of the mark LIFELOCK
5   and formatives thereof as keywords was calculated to capture initial consumer
6   attention.

7       31.   Through its use of LifeLock's federally registered trademark
8   LIFELOCK as a keyword for internet advertising, Consumer Direct is also
9   trading off of the valuable goodwill that LifeLock has developed in its mark and
10  the LIFELOCK brand.

11      32.   On information and belief, Defendant's use of the mark LIFELOCK
12  was intentional and was calculated to cause confusion, to cause mistake, or to
13  deceive, and was intended to trade off of the goodwill that Plaintiff has
14  developed in its LIFELOCK mark.

15      33.   LifeLock has requested that Defendant cease its acts of trademark
16  infringement and unfair competition, and has given Defendant actual notice of
17  LifeLock's federal trademark registrations, but Defendant has willfully refused to
18  cease its unlawful acts.

19              **FIRST CLAIM FOR RELIEF**
20            **(Federal Trademark Infringement**
21          **Under Lanham Act § 32, 15 U.S.C. § 1114)**

22      34.   LifeLock incorporates the allegations and averments of paragraphs 1
23  through 33 above the same as though fully set forth in this paragraph.

24      35.   Defendant Consumer Direct's use of the LIFELOCK mark in
25  interstate commerce in connection with its products and services is likely to
26  confuse, mislead and deceive consumers as to the origin of the products or
27  services, or cause these persons to believe that the products have been sponsored,
28  approved, authorized, or licensed by LifeLock, and/or that Defendant is in some

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

1 | way affiliated or connected with LifeLock.

2 |      36.   Defendant's activities described above constitute infringement of
3 | LifeLock's rights in its federally registered LIFELOCK, "LOCK" design, and
4 | GUARANTEE YOUR GOOD NAME marks under 15 U.S.C. § 1114.

5 |      37.   As a direct and proximate result of Defendant's willful and
6 | deliberate conduct, LifeLock has suffered, and will continue to suffer, substantial
7 | injuries, loss, and damages to its business and goodwill in an amount to be
8 | proven at trial.

9 |      38.   If Defendant is permitted to continue its willful and deliberate acts
10 | of infringement, LifeLock will be irreparably harmed. Monetary damages alone
11 | cannot compensate LifeLock for the harm that Defendant will cause to LifeLock.
12 | LifeLock is entitled to injunctive relief prohibiting Defendant from using
13 | confusingly similar marks in connection with its products or services.

14 | **SECOND CLAIM FOR RELIEF**

15 | **(Federal Unfair Competition**

16 | **Under Lanham Act § 43(a), 15 U.S.C. § 1125(a))**

17 |      39.   LifeLock incorporates the allegations and averments of paragraphs 1
18 | through 38 above as though fully set forth in this paragraph.

19 |      40.   Defendant's use of the LIFELOCK, "LOCK" design, and
20 | GUARANTEE YOUR GOOD NAME marks is likely to cause confusion or
21 | mistake, or is likely to deceive as to the origin, affiliation, or sponsorship of
22 | Defendant's services or commercial activities in violation of 15 U.S.C. §
23 | 1125(a). As a direct and proximate result of Defendant's willful and deliberate
24 | conduct, LifeLock has suffered and will continue to suffer, substantial injuries,
25 | loss, and damage to its business and goodwill in an amount to be proved at trial.

26 |      41.   If Defendant is permitted to continue its willful and deliberate acts
27 | of infringement, LifeLock will be irreparably harmed. Monetary damages alone
28 | cannot compensate LifeLock for the harm that Defendant will cause to LifeLock.

LifeLock is entitled to preliminary and permanent injunctive relief prohibiting Defendant from using confusingly similar marks in connection with its products and services.

### THIRD CLAIM FOR RELIEF

### (Common Law Trademark Infringement)

42.    LifeLock incorporates the allegations and averments of paragraphs 1 through 41 above the same as fully set forth in this paragraph.

43.    LifeLock's marks LIFELOCK, "LOCK" design, and GUARANTEE YOUR GOOD NAME are inherently distinctive and/or have acquired secondary meaning.

44.    Defendant's use of LifeLock's marks in connection with its services has caused and is likely to continue to cause confusion in the purchasing consumers as to the source of origin or sponsorship of Defendant's goods.

45.    By virtue of Defendant using LifeLock's marks in connection with its products and services, LifeLock has suffered and will continue to suffer great damage to its business, goodwill, and reputation.

46.    Defendant's use of LifeLock's marks in connection with its products and services has irreparably harmed Plaintiff LifeLock.

47.    If Defendant is permitted to continue its willful and deliberate acts of infringement, LifeLock will continue to be irreparably harmed.  Monetary damages alone cannot compensate LifeLock for the harm that Experian will cause to LifeLock.  LifeLock is entitled to injunctive relief prohibiting Experian from using confusingly similar marks in connection with its products and/or services.

### FOURTH CLAIM FOR RELIEF

### (Common Law Unfair Competition)

48.    LifeLock incorporates the allegations and averments of paragraphs 1 through 47 above the same as fully set forth in this paragraph.

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

49.    Defendant's activities complained of herein constitute unfair and unlawful practices in violation of the common law of the State of California.

50.    As a direct and proximate result of the willful and deliberate conduct of Defendant, LifeLock has suffered and will continue to suffer, substantial injuries, loss, and damages to its business and goodwill in an amount to be proven at trial.

51.    If Defendant is permitted to continue its willful and deliberate acts of infringement, LifeLock will be irreparably harmed.  Monetary damages alone cannot compensate LifeLock for the harm that Experian will cause to LifeLock. LifeLock is entitled to injunctive relief prohibiting Experian from using confusingly similar marks in connection with its products and/or services.

## FIFTH CLAIM FOR RELIEF

### (Common Law Unjust Enrichment)

52.    LifeLock incorporates the allegations and averments of paragraphs 1 through 51 above as though fully set forth in this paragraph.

53.    By using LifeLock's registered marks LIFELOCK, "LOCK" design, and GUARANTEE YOUR GOOD NAME in connection with its products and services, Defendant is selling products and/or providing services at the expense of Plaintiff LifeLock.

54.    By using LifeLock's registered marks in connection with its products and services, Defendant has been unjustly enriched at the expense of Plaintiff LifeLock.

## PRAYER FOR RELIEF

WHEREFORE, LifeLock prays for entry of judgment in its favor and against Defendant as follows:

1.    A preliminary and permanent injunction restraining and enjoining Defendant Consumer Direct, and all of its agents, successors, and

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

1    assigns, and all persons in active concert or participation with any of them, from

2    using the LIFELOCK, "LOCK" design, and GUARANTEE YOUR GOOD

3    NAME marks, or any other mark or name, alone or in combination with other

4    words or symbols, which is confusingly similar to any of these marks, or which

5    is likely to cause confusion or mistake or to deceive, including any use on the

6    Defendant's website and on the Internet;

7         2.    A preliminary and permanent injunction restraining and

8    enjoining Defendant, and all of its agents, successors, and assigns, and all

9    persons in active concert of participation with any of them, from purchasing

10   LIFELOCK and any confusingly similar formatives thereof as a keyword for

11   Internet advertising, and also requiring Defendant to use search engine

12   advertising negative keyword exclusions for the term LIFELOCK and

13   confusingly similar formatives thereof to ensure that search engine advertising

14   algorithms do not trigger advertising for Consumer Direct when the search term

15   LIFELOCK and formatives therefore are used;

16        3.    An order requiring Defendant to file with this Court and serve

17   upon LifeLock within thirty (30) days after the entry of the permanent injunction

18   a report, in writing and under oath, setting forth in detail the manner and form in

19   which it has complied with the injunction; and

20        4.    An award to LifeLock of all profits received by Defendant of

21   any kind made as a result of Defendant's infringement and/or unfair competition,

22   and all damages sustained by LifeLock by reason of Defendant's acts of

23   infringement and/or unfair competition, such damages to be trebled pursuant to

24   15 U.S.C. §1117;

25        5.    An award to LifeLock of the costs of this action and

26   reasonable attorneys' fees; and

27   / / /

28   / / /

1         6.    An award to LifeLock of such other and further relief as this

2    Court shall deem just.

3

4    Dated:  June 2, 2009                MURPHY ROSEN & MEYLAN LLP

                                        HAHN LOESER & PARKS LLP

5

6                                    By: _____

7                                        David E. Rosen

8                                        Attorneys for Plaintiff

                                    LIFELOCK, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

1

## DEMAND FOR JURY TRIAL

2

3

Pursuant to Fed. R. Civ. P. 38(b), LifeLock demands a jury trial.

4  Dated: June 2, 2009                    MURPHY ROSEN & MEYLAN LLP

5                                         HAHN LOESER & PARKS LLP

6                                         By: _____

7                                         David E. Rosen

8                                         Attorneys for Plaintiff
                                          LIFELOCK, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MURPHY ROSEN & MEYLAN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

# LifeLock.
#1 in Identity Theft Protection

1-800-543-3562

Welcome    How LifeLock Works    $1 Million Service Guarantee    About Us    **Get Started**    Search Site



## My name is Todd Davis

### My social security number is 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

I'm Todd Davis, CEO of LifeLock, and yes, that's my real social security number*. Identity theft is one of the fastest growing crimes in America, victimizing over 10 million people a year and costing billions of dollars. So why publish my social security number? Because I'm absolutely confident LifeLock is protecting my good name and personal information, just like it will yours. And we guarantee our service up to $1 million dollars."

At LifeLock, We Guarantee Your Good Name. No one else does because no one else can.
*Always protect your social security number. Do not share it unless necessary.

**Protect Your Identity**

### LifeLock In The News


In the News...
your children at risk.
▣ 2:52


LifeLock on CNBC
The Big Idea!
▣ 3:57


ID theft in the news
arm yourself today.
▣ 6:13


What can you do
to protect yourself?
▣ 5:46

Details

© 2008 NBC Universal, Inc.
All rights reserved.
The Celebrity Apprentice and related
logos TM and © 2007, Inc. all Rights
Reserved.

### Guarantee Your Good Name

Identity theft can happen anywhere to anyone. In line at the store, online at home or when you're buying your morning coffee. If your identity is stolen, you can spend hundreds of hours cleaning up your credit and struggling to get back your good name. That's because stolen identities are used up to 30 times, with most victims only discovering the theft after they've been turned down for a loan or contacted by a collection agency. You may already be a victim, many times over, and not even know it. But not with LifeLock.

LifeLock, the industry leader in proactive identity theft protection, offers a proactive solution to help prevent your identity from being stolen before it happens. We'll protect your identity and personal information for only $10 a month - and we guarantee our service up to $1,000,000. We also offer the only identity theft child protection program available in the market, so guarantee your good name today and enroll now.

### Here is what LifeLock Offers You

✔ Proactive Identity Theft Protection
✔ Reduce Credit Card Offers
✔ $1 Million Service Guarantee
✔ Only $10 per Month

**Enroll Now**

Click Here to view LifeLock's new privacy policy.

### LifeLock for Business
Comprehensive Programs to Protect your Employees and Customers

### New service!
eRecon™ and TrueAddress™ help you shut down potential identity threats fast.


BBB
ACCREDITED
BUSINESS

Top 10
Consumer
Reviews.com
5 Star rating
"LifeLock is the best identity
theft protection program we
have found..."
- Top Consumer Reviews

WalletLock™ takes the hassle out of a lost or stolen wallet.
Click to find out how.

PL.'S EX. 1

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,346,847
Registered Dec. 4, 2007

SERVICE MARK
PRINCIPAL REGISTER

# LIFELOCK

LIFELOCK, INC. (DELAWARE CORPORATION)
7404 W. DETROIT STREET SUITE 100
CHANDLER, AZ 85226

FOR: PROVIDING CONSULTATION TO THIRD PARTIES IN THE FIELD OF PREVENTION OF DATA THEFT AND IDENTITY THEFT, AND PREVENTION OF UNSOLICITED COMMERCIAL ELECTRONIC MAIL, NAMELY REMOVAL FROM JUNK MAIL LISTS AND OFFERS FOR PRE-APPROVED CREDIT, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 5-1-2005; IN COMMERCE 5-1-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,232,956.

SER. NO. 77-041,682, FILED 11-10-2006.

KELLEY WELLS, EXAMINING ATTORNEY

PL.'S EX. 2

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 3,385,103

Registered Feb. 19, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

GUARANTEE YOUR GOOD NAME

LIFELOCK, INC. (DELAWARE CORPORATION)
SUITE 100
7404 W. DETROIT STREET
CHANDLER, AZ 85226

FOR: PROVIDING CONSULTATION TO THIRD PARTIES IN THE FIELD OF PREVENTION OF DATA THEFT, PREVENTION OF THEFT OF PERSONAL INFORMATION AND INFORMATION PERTAINING TO ONE'S IDENTITY AND PREVENTION OF UNSOLICITED COMMERCIAL ELECTRONIC MAIL, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 1-0-2007; IN COMMERCE 1-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-218,847, FILED 6-29-2007.

DEZMONA MIZELLE, EXAMINING ATTORNEY

PL.'S EX. 3

Int. Cls.: 36 and 45

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,582,399

Registered Mar. 3, 2009

## SERVICE MARK
### PRINCIPAL REGISTER



LIFELOCK, INC. (DELAWARE CORPORATION)
SUITE 400
60 E. RIO SALADO PARKWAY
TEMPE, AZ 85281

FOR: PROVIDING CREDIT REPORTING DATA MAINTAINED BY OTHERS; CREDIT RISK MANAGEMENT AND CONSULTATION SERVICES, NAMELY, ASSISTANCE WITH RESTORING AND ANALYZING CREDIT DAMAGED BY IDENTITY THEFT, AND PROVIDING REIMBURSEMENT OF COSTS ASSOCIATED WITH IDENTITY THEFT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-31-2005; IN COMMERCE 12-31-2005.

FOR: PROVIDING CONSULTATION TO THIRD PARTIES IN THE FIELD OF PREVENTION OF DATA THEFT AND IDENTITY THEFT, AND PREVENTION OF UNSOLICITED COMMERCIAL MAIL, NAMELY, REMOVAL FROM JUNK MAIL LISTS AND PRE-APPROVED CREDIT OFFER LISTS; FINANCIAL IDENTITY MONITORING SERVICE; FRAUD RESOLUTION ASSISTANCE, NAMELY, PROVIDING ADVICE AND CONSULTATION IN THE FIELD OF IDENTITY THEFT; PROVIDING IDENTITY THEFT INFORMATION TO CREDIT BUREAUS, BANKS, AND CREDIT CARD COMPANIES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-31-2005; IN COMMERCE 12-31-2005.

SER. NO. 77-379,925, FILED 1-24-2008.

ALICE BENMAMAN, EXAMINING ATTORNEY

PL.'S EX. 4



PL.'S EX. 5

ConsumerDirect - Start Your Free Trial          https://www.consumerdirect.com/signup/landing/sfd/signup.htm

# Control your credit with a Button™
# SMART CREDIT REPORT™
## with all your scores

**START FREE TRIAL TODAY!**



Her score went up +53pts

See how it works below       SHARE



## FREE TRIAL INCLUDES:

### SMART Credit Report™

A revolutionary new way to view & use
your credit report.

### All your Scores

Credit Score, Future Score, Auto Score, Insurance Score and

### SMART Action Buttons™

Fix Errors & Improve your Scores.
Actions
go directly to your creditors. Fast
result!

### SMART Alerts™

View & flag Alerts from creditors

1 of 2            4/16/2009 10:22 AM

ConsumerDirect - Start Your Free Trial                    https://www.consumerdirect.com/signup/landing/sfd/signup.htm

Employment Score.                                plus, daily
                                                 key changes to your credit report.

**START FREE TRIAL TODAY!**

 **Consumer ⊜ Direct**®

Sign up now and in addition to your FREE Trial, you will get your SMART Credit Report Lock™
SMART Credit Report Lock™ gives you control over your Credit Reports and your good name.

2 of 2                                                        4/16/2009 10:22 AM

ConsumerDirect - How It Works                    https://www.consumerdirect.com/creditAnalysis/lockCreditReport.jsp

Username            Password

☐ Remember Me    Forgot my
Login/Password

- Home
- How It Works
- Membership Options
- Sign Up
- About Us
  - About Us
  - Frequently Asked Questions
  - Learn more
  - Terms of Membership
  - Terms of Site Use
  - Privacy Policy
  - What Are My Consumer Rights?
  - Contact Us
- SMART Friends™

# Credit Report Lock™



Credit Report Lock™ Protect yourself by taking control of your Credit Reports!

Lock    ConsumerDirect's Credit Report Lock gives you control over your Credit Reports and your good name. Anyone wishing to grant credit in your name should first validate your identity and application for credit by contacting you at the phone number you designate with ConsumerDirect. Once activated by you, ConsumerDirect's Credit Report Lock will always be active as long as you maintain your Membership. You may deactivate any time you wish.

Benefits

ConsumerDirect's Credit Report Lock is always FREE with your Membership. It takes less than one minute to activate.

No worries! Once activated, the ConsumerDirect Credit Report Lock will always be active as long as you maintain your Membership. Naturally, you may deactivate the ConsumerDirect Credit Report Lock any time you wish.

Anyone wishing to grant you credit should first validate your identity and your application for credit, either at the phone number you designate with ConsumerDirect, or in person. This gives you the protection you need for your good name.

ConsumerDirect's Credit Report Lock should NOT interfere with any of your current, pending or future credit/financing needs.

1 of 2                                                                    4/16/2009 10:24 AM

ConsumerDirect - How It Works                    https://www.consumerdirect.com/creditAnalysis/lockCreditReport.jsp

OTHER INFORMATION YOU SHOULD KNOW:

ConsumerDirect's Credit Report Lock ('CRL') Legal Notice:  Our CRL service is a free service of membership.
Once you, as a member, activate our CRL service, you are giving us your power of attorney to instruct, by any
method and manner deemed necessary by us, one or more of the Credit Bureaus to activate a standard fraud alert
on your credit reports every 90 days, because you suspect you are or might become a victim of identity theft, until
you deem it no longer necessary for this fraud alert to be on your credit reports by canceling this CRL service or
canceling your ConsumerDirect Membership. A fraud alert is a non-binding notice to any one wishing to grant you
new credit. There is no legal obligation for any creditor to contact you to verify your identity. May not be
applicable to your current credit or in such circumstances, but not limited to, extending your current credit
lines/loans or adding additional authorized users, it is entirely up to your creditor/lender in these cases. Our CRL
is not to be confused with the term and concept of a credit report freeze. You will receive confirmation from each
Credit Bureau, by U.S. Mail or other method, indicating your Fraud Alert has been set. ConsumerDirect gives no
guarantees and no liability is assumed or implied. ConsumerDirect makes no guarantees as to the cooperation of
the Credit Bureaus or any Creditor responsibility in this process.

- Privacy
- |
- Site Terms
- |
- Affiliates
- |
- Business Reports

- © ConsumerDirect All Rights Reserved Patents Pending

 

4/16/2009 10:24 AM



ifelock - Google Search                    http://www.google.com/search?hl=en&client=firefox-a&rls=org.mozi...

Google [                    lifelock                    ]   [Search]   Advanced Search
                                                                    Preferences

**Web**                                    Results 1 - **10** of about **860,000** for **lifelock**. **(0.09** seconds)

**LifeLock® Official Site**                Sponsored Link        Sponsored Links
www.**LifeLock**.com    Proven, proactive identity theft protection.
$1,000,0000 guarantee                                            **Free Credit Report &Score**
                                                                Get Free Credit Report & Scores
**LifeLock** - Identity Theft Prevention – Identity Theft Protection    5 days Trial! Secure & Instant
...                                                             www.ConsumerDirect.com
Identity Theft Prevention & Identity Theft Protection. Stop Identity Theft with
**LifeLock**. **LifeLock** can guarantee identity theft never happens to you.
www.**lifelock**.com/ - 26k - Cached - Similar pages

    How LifeLock Works     WalletLock
    Contact Us              About Us
    Enroll Now              How does LifeLock protect my
    Answer Center           LifeLock for Business

    More results from lifelock.com »

**LifeLock** Identity Theft Protection & Identity Theft Prevention ...
**LifeLock** Identity Theft Protection & Identity Theft Prevention Products. **LifeLock** products
and services will keep your name and private information secure.
www.**lifelock**.com/lifelock-for-people - 28k - Cached - Similar pages

Compare **LifeLock** to Other Identity Theft Protection Services
We have researched many services and concluded that the best identity protection
companies are **LifeLock**, TrustedID and Debix. Compare them and Save!
www.identitytheftlabs.com/ - 35k - Cached - Similar pages

The Pros and Cons of **LifeLock**
**LifeLock** is one of several companies that offers identity-theft protection, specializing in
placing fraud alerts on customer credit profiles.
www.wired.com/politics/security/commentary/securitymatters/2008/06/securitymatters_0612
- 55k - Cached - Similar pages

Experian sues **LifeLock**, alleges fraud - The Red Tape Chronicles ...
Feb 20, 2008 ... Credit bureau Experian is suing the identity theft prevention firm **LifeLock**,
accusing it of deception and fraud in its familiar advertising ...
redtape.msnbc.com/2008/02/experian-sues-l.html - 28k - Cached - Similar pages

Compare **LifeLock** promotion code RD17
Must read on **LifeLock**.com & competitors. Best **LifeLock** promotion code - RD17. 30 Days
FREE, no sign up fee AND our Exclusive Discount!
www.idtheftquiz.org/ - 27k - Cached - Similar pages

**LifeLock** - Enrollment
Thank you for choosing **LifeLock** to protect your good name. Please take a few minutes to
complete the enrollment form below. ...
https://secure.**lifelock**.com/enrollmentform.aspx - 113k - Cached - Similar pages

PL.'S EX. 7

### Lifelock Protects You from Clickjacking ha.ckers.org web ...
Apparently **Lifelock** now purports to protect you from clickjacking. For those of you who don't recall, **Lifelock** is the service that protects ...
ha.ckers.org/blog/20081103/**lifelock**-protects-you-from-clickjacking/ - 19k -
Cached - Similar pages

### Use **LifeLock** Promotion Code RD32 to Receive an Exclusive Discount
RD32 is the only **LifeLock** promotion code that offers an exclusive discount. Receive 30 Days Free & Pay only $9 a month.
www.**lifelock**promotioncode.net/ - 11k - Cached - Similar pages

### Schneier on Security: **LifeLock** and Identity Theft
**LifeLock**, one of the companies that offers identity-theft protection in the United States, has been taking quite a beating recently. ...
www.schneier.com/blog/archives/2008/06/**lifelock**_and_id.html - 95k -
Cached - Similar pages

Searches related to: **lifelock**

| | | | |
|---|---|---|---|
| lifelock **scam** | lifelock **complaints** | lifelock **problems** | **debix** |
| **identity theft protection** | lifelock **affiliate** | lifelock **login** | lifelock **ceo** |

1 2 3 4 5 6 7 8 9 10        **Next**

-------------------------------------------------------------

                    [ lifelock                    ]    [ Search ]

Search within results - Language Tools - Search Tips - Dissatisfied? Help us improve - Try Google Experimental

-------------------------------------------------------------

Google Home - Advertising Programs - Business Solutions - Privacy - About Google



## Control your credit with a Button™
## SMART CREDIT REPORT™

**START FREE TRIAL TODAY!**



Her score went up +53pts



See how it works below

FREE TRIAL INCLUDES:

**SMART Credit Report™**

A revolutionary new way to view & use your credit report. Includes all your Scores!

**SMART Action Buttons™**

Fix Errors & Improve your Scores. Actions go directly to your creditors. Fast result!

**SMART Alerts™**

View & Flag Alerts from creditors plus, daily key changes to your credit report

**SMART Credit Report Lock™**

View & Flag Alerts from creditors plus, daily key changes to your credit report



**START FREE TRIAL TODAY!**

26

from **Consumer** Direct'

Sign up now and in addition to your FREE Trial, you will get your
online Credit Score, future Credit Score, Auto Score, Employment Score & Insurance Score

http://www.ask.com/web?qsrc=2417&o=0&l=dir&q=my+lifelock

my lifelock    [Search]    Advanced Search

AskEraser  Settings  Sign in  **Ask**

Web    Images    News    Videos    Maps    Q&A    More

Showing 1-10 of 85,400

Did you mean: *my life lock*

**NEW! Ask Q&A**
12 questions about my lifelock

**My LifeLock » Identity Theft Protection - Stop Identity Theft**
How LifeLock Protects Your Identity ... LifeLock is the industry leader in the emerging field of preventing identity theft. Unlike credit monitoring services that can only alert you after the fact, LifeLock employs a proactive security system that actually prevents a would-be identity thief from establishing new...
www.mylifelock.org/ · Cached

**LifeLock® Official Site**    Sponsored Results
$1 Million Total Service Guarantee Lifelock Guarantees your Good Name
www.LifeLock.com

**Lifelock**
Get Free Credit Report & Scores 5 days Trial! Secure & Instant
www.ConsumerDirect.com

**LifeLock - Identity Theft Prevention – Identity Theft Protection**
Identity Theft Prevention & Identity Theft Protection. Stop Identity Theft with LifeLock. LifeLock can guarantee identity theft never happens to you. ... I'm Todd Davis, CEO of LifeLock, and yes, that's my real social security number*. Identity theft is one of the fastest growing crimes in America, victimizing over 10...
www.lifelock.com/ · Cached

**How does LifeLock protect my identity? - LifeLock - Stop Identity**
How does LifeLock secure my personal information? ... How can LifeLock protect my kids and family? ... Does LifeLock monitor my credit card transactions?
www.lifelock.com/lifelock-for-people/what-we-do/how-dee... · Cached

**LifeLock Review – Enrollment, Expectations and Benefits**
I enrolled for the LifeLock service and documented the sign-up process, my expectations and service benefits in this LifeLock review. Let's go over the LifeLock service once more and understand its benefits before going over my LifeLock review.
www.identity-theft-awareness.com/lifelock-review.html

**LifeLock - LifeLock Jobs & LifeLock Careers in Identity Theft**
LifeLock offers one of the most comprehensive and competitive benefit packages for LifeLock Jobs and LifeLock Careers. At LifeLock we invest in our employees. "I love working at LifeLock because accomplishments and contributions are recognized and appreciated every day. The people at LifeLock are awesome to work with,
www.lifelock.jobs/ · Cached

**LifeLock Reviews | LifeLock.com Promo Code**
I just bought a LifeLock membership for myself and my daughter. I am very happy so far with the service. After the first day or two they had I have always been very pleased with my LifeLock membership. I haven't had anyone try and steal my identity yet but I feel better that LifeLock is out there protecting me.
www.lifelockpromotioncode.net/blog/lifelock-reviews/

**LifeLock Founder Resigns Amid Controversy | Threat Level from Wired**
"I'm Todd Davis, CEO of LifeLock. Yes, that really is my social security number. No I'm not crazy. I'm just sure our system works. Just like we have with mine, LifeLock will make your personal information useless to a criminal.
blog.wired.com/27bstroke6/2007/06/lifelock_founde_1.htm... · Cached

**My Lifelock Review of the Identity Theft Protection Service**
My Lifelock Review of the Identity Theft Protection Service; By Patty P ... This is my Lifelock review, I hope you enjoyed it. ... MLA Style Citation: P, Patty "My Lifelock Review of the Identity Theft Protection Service."
ezinearticles.com/?My-Lifelock-Review-of-the-Identity-T...

**The Very Organized Hit Job On LifeLock**
Based on your description of their business model, it's certainly easy to connect the dots and conclude that credit agencies have every reason to try and torpedo LifeLock. Based on my

y lifelock - Ask.com Search

http://www.ask.com/web?qsrc=2417&o=0&l=dir&q=my+lifelock

my lifelock        **Search**   Advanced Search

AskEraser   Settings   Sign In

Web    Images    News    Videos    Maps    Q&A    More

Showing **1-10** of 85,400

1-800-LifeLock My Billing Address is the same as my Primary Residence (above). Please click 'Charge my credit card for LifeLock' only once. Your credit card will be charged a total of $110.00 on 2/19/2009.
secure.lifelock.com/enrollmentform.aspx

Sponsored Results

**LifeLock® Official Site**
$1 Million Total Service Guarantee **Lifelock** Guarantees your Good Name
www.LifeLock.com

**Lifelock**
Get Free Credit Report & Scores 5 days Trial! Secure & Instant
www.ConsumerDirect.com

**Looking for Lifelock? - BizRate.com**
BizRate helps solve all your shopping needs!
BizRate.com

Did you mean: _**my life lock**_

1  2  3  4  5  6  7  8  9  10    Next »

my lifelock        **Search**

Are you a NASCAR fan? Get the Official NASCAR® Toolbar.

About · Privacy · Advertise · Careers
© 2009 Ask.com



Control your credit
with a Button™
SMART CREDIT REPORT™

START FREE TRIAL TODAY!



Her score went up +53pts

See how it works below



FREE TRIAL INCLUDES:

**SMART Credit Report™**

A revolutionary new way to view & use your credit report. Includes all your Scores!

**SMART Alerts™**

View & Flag Alerts from creditors plus, daily key changes to your credit report

**SMART Action Buttons™**

Fix Errors & Improve your Scores. Actions go directly to your creditors. Fast result!

**SMART Credit Report Lock™**

View & Flag Alerts from creditors plus, daily key changes to your credit report



START FREE TRIAL TODAY!

from **Consumer** Direct

Sign up now and in addition to your FREE Trial, you will get your
online Credit Score, future Credit Score, Auto Score, Employment Score & Insurance Score

3/31/2009 8:53 AM

ife lock - Live Search

http://search.msn.com/results.aspx?q=life+lock&go=&form=QBRE



Live Search  |  MSN  |  Windows Live

United States  |  Options  |  cashback  |  Sign in

> life lock

**Web**  1-10 of 159,000,000 results · Advanced
See also: Images, Video, News, Maps, More ▼

Sponsored sites

LifeLock® Official Site  - www.LifeLock.com
Help Protect Yourself From ID Theft Get Protected with LifeLock

**life lock for $0** - 3in1creditreport.us/life lock
Now Get Free ID Protection & 3 in 1 Credit Reports. Yours for $0

**Life Lock**  - free-credit-report.kabltd.com
Join 40 Million Americans Who Got Americas #1 Free Credit Report!

**LifeLock - Identity Theft Prevention – Identity Theft Protection ...**
Identity Theft Prevention & Identity Theft Protection. Stop Identity Theft with
**LifeLock. LifeLock** can guarantee identity theft never happens to you.
www.lifelock.com · Cached page

**LifeLock Identity Theft Protection & Identity Theft Prevention ...**
**LifeLock** Identity Theft Protection & Identity Theft Prevention Products. **LifeLock**
products and services will keep your name and private information secure.
www.lifelock.com/lifelock-for-people · Cached page

**Life Lock | Identity Theft Protection Service | ID Recovery**
**Life Lock** Identity Theft protection, **Life Lock**, a Scottsdale-based company, is the
world's only identity theft prevention measure and the only one to provide a $1 million
guarantee ...
www.life-lock.net · Cached page

**LifeLock - Enrollment**
Enrollment Thank you for choosing **LifeLock** to protect your good name. Please
take a few minutes to complete the enrollment form below. Once you have
completed enrollment ...
https://secure.lifelock.com/enrollmentform.aspx · Cached page

**Compare LifeLock promotion code RD17**
Must read on **LifeLock**.com & competitors. Best **LifeLock** promotion code - RD17.
30 Days FREE, no sign up fee AND our Exclusive Discount!
www.idtheftquiz.org · Cached page

**LifeLock Blog | Official Blog of LifeLock**
**LifeLock** Blog - The Industry Leader in Identity Theft Protection. We Guarantee
Your Good Name.
blog.lifelock.com · Cached page

**Compare LifeLock to Other Identity Theft Protection Services**
We have researched many services and concluded that the best identity protection
companies are **LifeLock**, TrustedID and Debix. Compare them and Save!
www.identitytheftlabs.com · Cached page

**Use LifeLock Promotion Code RD32 to Receive an Exclusive Discount**
RD32 is the only **LifeLock** promotion code that offers an exclusive discount. Receive
30 Days Free & Pay only $9 a month
www.lifelockpromotioncode.net · Cached page

**LifeLock - Wikipedia, the free encyclopedia**
**LifeLock**, which was founded in 2005, is a personal fraud protection company. [1]
For a fee, the company once every 90 days asks for a fraud alert on your file by

Sponsored sites

**Life Lock**
i Got 3 Credit Reports In 5 Minutes &
You Can Too - Instantly...
fixmymoneyproblem.com

Master - American Padlock
**Lock** help dial free: 1-800-778-2217
www.MasterLocks.com

See your message here...

1 of 2

3/30/2009 12:55 PM

http://search.msn.com/results.aspx?q=life+lock&go=&form=QBRE

calling Experian, Equifax or TransUnion (the three major credit bureaus) who communicate this
information to each other.
Corporate profile · Website · Controversy
en.wikipedia.org/wiki/LifeLock · Cached page

### LifeLock - How LifeLock Compares To Other Services
**LifeLock** - How **LifeLock** Compares To Other Services ... With identity theft becoming more and
more a growing threat for Americans on a daily basis, the identity theft protection ...
ezinearticles.com/?LifeLock---How-LifeLock-Compares-To-Other-Services&id=569961 · Cached page

Sponsored sites

### LifeLock® Official Site - www.LifeLock.com
Help Protect Yourself From ID Theft Get Protected with LifeLock

### life lock for $0 - 3in1creditreport.us/life lock
Now Get Free ID Protection & 3 in 1 Credit Reports. Yours for $0

| 1 | 2 | 3 | 4 | 5 | **Next** |

Where are you going? Use Live Search Mobile on your phone.

| life lock | |

© 2009 Microsoft | Privacy | Legal          Advertise | Webmasters | Developers | Help | Feedback

Free Credit Report - Get Your Free Credit Report and Score Here...          http://free-credit-report.kabltd.com/cra.php?sjid=Life-Lock



## Control your credit with a Button™
# SMART CREDIT REPORT™

START FREE TRIAL TODAY!



Her score went up +53pts

See how it works below



FREE TRIAL INCLUDES:

**SMART Credit Report™**

A revolutionary new way to view & use your credit report. Includes all your Scores!

**SMART Action Buttons™**

Fix Errors & Improve your Scores. Actions go directly to your creditors. Fast result!

**SMART Alerts™**

View & Flag Alerts from creditors plus, daily key changes to your credit report

**SMART Credit Report Lock™**

View & Flag Alerts from creditors plus, daily key changes to your credit report



START FREE TRIAL TODAY!

from **Consumer ⊗ Direct®**

1 of 1                                                                        3/30/2009 12:56 PM



Amanda H. Wilcox, Esq.

Phone: 216.
Fax: 330.864.7986
E-mail: awilcox@hahnlaw.com



**VIA CERTIFIED MAIL**

June 23, 2008                                   **SECOND NOTICE**

ConsumerDirect.com
Attn: Legal Department
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447

Re:    Unlawful Internet Advertising for ConsumerDirect.com

To Whom It May Concern:

Following up on prior correspondence dated April 25, 2008, it has come to our attention that ConsumerDirect.com ("ConsumerDirect") has purchased "LIFELOCK" as a keyword for paid placement advertising on Google through Google's AdWords program. The following is an example of an advertisement that appears on Google's website:

<u>Instant Free Credit Score</u>
Check your Credit Scores Now and
Fix 1 Problem Online for Free Today
www.ConsumerDirect.com

LifeLock, Inc. ("LifeLock") is the owner of U.S. Service Mark Registration No. 3,346,847 for the service mark LIFELOCK for use in connection with identity theft prevention services and related services. (A copy of the registration is enclosed for your reference.) LifeLock has acquired valuable goodwill in the LIFELOCK brand for identity theft prevention services, and has incurred significant advertising expenses in the process.

ConsumerDirect's unauthorized use of the LIFELOCK brand in its advertising to direct consumers to ConsumerDirect's website is a violation of Lifelock's rights. ConsumerDirect's use of the LIFELOCK mark is deceiving and confusing to consumers. Trading off of LifeLock's goodwill that it has acquired through traditional advertising channels in order to direct consumers to ConsumerDirect's website is not acceptable.

By this letter, LifeLock is providing notice to ConsumerDirect that it believes it has been and will continue to be damaged by ConsumerDirect's unauthorized use of the LIFELOCK brand. Use of a federally registered trademark that is likely to cause confusion, mistake, or deception of purchasers and the public as to the source or origin of the goods or services sold under the mark constitutes infringement under Section 1114 of the United States Code, Title 15 (15 U.S.C. § 1114). The use of a word, term, name, symbol, device, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact which in

Hahn Loeser ● Parks ᴸᴸᴾ

| One GOJO Plaza | Suite 300 | Akron, OH | 4431 |
| phone 330.864.5550 | fax 330.864 7986 | www.hahnlaw.com | |

PL'S EX. 8

35

Hahn Loeser ● Parks

ConsumerDirect.com
June 23, 2008
Page 2 of 2

commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of goods shall be liable for damages in a civil action under 15 U.S.C. § 1125.

Therefore, we demand that ConsumerDirect immediately cease and desist from all further use of "LifeLock," "Life Lock," "877-LifeLock," "Lifelock.com," and any other spellings of "LifeLock" or trademarks of LifeLock in its paid Internet advertising, and from any false and/or misleading references to or uses of LIFELOCK in general.

While LifeLock prefers to resolve its disputes amicably, it will not hesitate to take legal action to protect the goodwill associated with the LIFELOCK name. Please provide your immediate assurances that you will promptly comply with our request.

Very truly yours,

*Amanda Wilcox*

Amanda H. Wilcox

cc:     Lifelock, Inc. (via e-mail)
        ConsumerDirect.com, Attn: President  (via certified mail)


Enclosure

Akr - 152171.1

Int. Cl.: 45

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,346,847

Registered Dec. 4, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# LIFELOCK

LIFELOCK, INC. (DELAWARE CORPORATION)
7404 W. DETROIT STREET SUITE 100
CHANDLER, AZ 85226

FOR: PROVIDING CONSULTATION TO THIRD PARTIES IN THE FIELD OF PREVENTION OF DATA THEFT AND IDENTITY THEFT, AND PREVENTION OF UNSOLICITED COMMERCIAL ELECTRONIC MAIL, NAMELY REMOVAL FROM JUNK MAIL LISTS AND OFFERS FOR PRE-APPROVED CREDIT, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 5-1-2005; IN COMMERCE 5-1-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,232,956.

SER. NO. 77-041,682, FILED 11-10-2006.

KELLEY WELLS, EXAMINING ATTORNEY

Amanda H. Wilcox, Esq.

Phone: 330.864.5550.
Fax: 330.864.7986
E-mail: awilcox@hahnlaw.com

# HAHN ⬡ LOESER

**VIA CERTIFIED MAIL**

July 11, 2008

ConsumerDirect.com
Attn: Legal
c/o Network Solutions
P.O. Box 447
Herndon, VA  20172-0447

Re:    **Use of Trademarks of LifeLock, Inc. and Unlawful Internet Advertising for ConsumerDirect.com**

To Whom It May Concern:

ConsumerDirect seems to have a number of daughter and/or affiliate sites trading off the goodwill of LifeLock on their websites advertising ConsumerDirect's services.  The daughter and/or affiliate sites provide no notice on their websites that they are in no way affiliated with LifeLock.  By implying that LifeLock is affiliated with ConsumerDirect's services, ConsumerDirect's daughter and/or affiliate sites are engaging in false advertising and unfair competition on behalf of ConsumerDirect.

Additionally, following up on prior correspondence dated April 25, 2008 and June 23, 2008, it has come to our attention that ConsumerDirect.com ("ConsumerDirect") has purchased "LIFELOCK" as a keyword for paid placement advertising on Google through Google's AdWords program.  Enclosed is an example of an advertisement that appears on Google's website.

LifeLock, Inc. ("LifeLock") is the owner of U.S. Service Mark Registration No. 3,346,847 for the service mark LIFELOCK for use in connection with identity theft prevention services and related services.  (A copy of the registration is enclosed for your reference.)  LifeLock has acquired valuable goodwill in the LIFELOCK brand for identity theft prevention services, and has incurred significant advertising expenses in the process.

ConsumerDirect's unauthorized use of the LIFELOCK brand on its daughter and/or affiliate websites and in its advertising to direct consumers to ConsumerDirect's website is a violation of Lifelock's rights.  Use of the LifeLock brand by ConsumerDirect's daughter and/or affiliate websites is deceiving and confusing to consumers. Further, ConsumerDirect may not trade off of LifeLock's goodwill by directing consumers to SFL.com's website through use of the LIFELOCK brand.

---

# HAHN ⊞ LOESER

By this letter, LifeLock is providing notice to ConsumerDirect that it believes it has been and will continue to be damaged by ConsumerDirect's unauthorized use of the LIFELOCK brand. Use of a federally registered trademark that is likely to cause confusion, mistake, or deception of purchasers and the public as to the source or origin of the goods or services sold under the mark constitutes infringement under Section 1114 of the United States Code, Title 15 (15 U.S.C. § 1114). The use of a word, term, name, symbol, device, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact which in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of goods shall be liable for damages in a civil action under 15 U.S.C. § 1125.

Therefore, we demand that ConsumerDirect instruct it's daughter and/or affiliate websites to immediately revise the content of their websites to remove any false and/or misleading references to or uses of LIFELOCK in general. Further we demand that ConsumerDirect immediately cease and desist from all further use of "LifeLock," "Life Lock," "877-LifeLock," "Lifelock.com," and any other spellings of "LifeLock" or trademarks of LifeLock in its paid Internet advertising..

While LifeLock prefers to resolve its disputes amicably, it will not hesitate to take legal action to protect the goodwill associated with the LIFELOCK name. Please provide your assurances that you will promptly comply with our request on or before the close of business of July 25, 2008.

Very truly yours,

*Amanda H. Wilcox*

Amanda H. Wilcox

cc:    Lifelock, Inc. (via e-mail)

      ConsumerDirect.com, Attn: President (via certified mail)

      ScoreFixLock.com (via certified mail)
      Attn: Legal
      c/o Moniker Privacy Services
      20 SW 27th Ave.
      Suite 201
      Pompano Beach, FL 33069

      ScoreFixLock.com, Attn: President (via certified mail)

Akr - 153601.1

# HAHN ⒣ LOESER

FreeExperianCreditReport.net (via certified mail)
Attn: Legal
c/o ePressive LLC
5032 Carillon Ln
Windermere, FL 34786

FreeExperianCreditReport.net, Attn: President (via certified mail)

Enclosures (2)

Akr - 153601.1

Web  Images  Maps  News  Shopping  Gmail  more ▼                                                                    Sign in

# Google

lifelock                                              [ Search ]  Advanced Search
                                                                  Preferences

Web                                                    Results 1 - 10 of about 1,390,000 for lifelock. (0.25 seconds)

**LifeLock** Official Site                                            Sponsored Link          Sponsored Links
www.LifeLock.com — Stop Identity Theft. Guaranteed. For less than $10 Per Month!
                                                                      **LifeLock** IS Racing
Related searches: lifelock scam   lifelock complaints   lifelock problems   debix     Learn more about LifeLock Racing
                                                                      NASCAR, Open Wheel, NHRA!
**LifeLock** - Identity Theft Prevention – Identity Theft Protection ...        www.LifeLockRacing.com
Identity Theft Prevention & Identity Theft Protection. Stop Identity Theft with LifeLock.
**LifeLock** can guarantee identity theft never happens to you                  **Does Life Lock** Work?
www.lifelock.com/ - 18k - Cached - Similar pages                      Does Life Lock Really Work?
                                                                      Shocking Facts on Life Lock
        How LifeLock Works    $1 Million Service Guarantee            www.IdentityTruth.Info
        About Us             proven solution
        Contact Us            Enroll Now                              **LifeLock™** Identity Theft
        WalletLock           Comprehensive Programs                   Only $9 Mo. Get Secure Today,
                                                                      Protect Your Identity with LifeLock™
        More results from lifelock.com »                              LifeLock.IdentityThreat.net

**LifeLock** Identity Theft Protection & Identity Theft Prevention ...         ┌──────────────────────────────┐
**LifeLock** Identity Theft Protection & Identity Theft Prevention Products. LifeLock products  │ **Better Than LifeLock?** ®      │
and services will keep your name and private information secure.      │ Compare Us To LifeLock!        │
www.lifelock.com/lifelock-for-people - 24k - Cached - Similar pages   │ 4 Credit Scores+Analysis+Lock  │
                                                                      │ ConsumerDirect.com/lifelock    │
**LifeLock** Reviews                                                  └──────────────────────────────┘
If someone does steal your identity while you are a customer of LifeLock, the company will
pay professionals to assist in restoring any losses or recover ...    "ID Theft Service"
lifelockreviews.com/ - 17k - Cached - Similar pages                   Intercepts ID Fraud
                                                                      Get $2 Million Guarantee Now!
Experian sues **LifeLock**, alleges fraud - The Red Tape Chronicles....  www.IdentityTruth.com

Akr - 153601.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV09- 640 DOC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LIFELOCK, INC.

PLAINTIFF(S)

v.

PATHWAY DATA INC. d/b/a CONSUMER DIRECT

DEFENDANT(S).

CASE NUMBER

SACV09-0640 DOC (ANx)

**SUMMONS**

TO: DEFENDANT(S): PATHWAY DATA INC. d/b/a CONSUMER DIRECT

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, David E. Rosen , whose address is Murphy Rosen & Meylan, 100 Wilshire Blvd., Ste. 1300, Santa Monica, CA 90401 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUN - 2 2009

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| LIFELOCK, INC. | PATHWAY DATA INC. d/b/a CONSUMER DIRECT |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| David E. Rosen<br>Murphy Rosen & Meylan LLP<br>100 Wilshire Boulevard<br>Suite 1300<br>Santa Monica, CA 90401<br>(310) 899-3300 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT: $** According to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 USC sections 1114, 1125(a) -- trademark infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2
CCD-JS44

SACV09-0640

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] No [ ] Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] No [ ] Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    [ ] A. Arise from the same or closely related transactions, happenings, or events; or

                            [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

                            [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

                            [ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Arizona |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date June 2, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors insurance benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |