**JS-6**

MURPHY ROSEN & MEYLAN LLP
David E. Rosen
drosen@murphyrosen.com
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401
Telephone: (310) 899-3300
Facsimile: (310) 399-7201

HAHN LOESER & PARKS LLP
Mark A. Watkins
mwatkins@hahnlaw.com
R. Eric Gaum
regaum@hahnlaw.com
Amanda H. Wilcox
awilcox@hahnlaw.com
Shannon McCue
smccue@hahnlaw.com
*Admitted Pro Hac Vice*
One GOJO Plaza, Suite 300
Akron, Ohio 44311-1076
Telephone: (330) 864-5550
Facsimile: (330) 865-7986

Attorneys for Plaintiff
LIFELOCK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFELOCK, INC., 60 E. Rio Salado Parkway, Suite 400 Tempe, AZ 85281<br><br>Plaintiff,<br><br>vs.<br><br>PATHWAY DATA INC. d/b/a CONSUMER DIRECT, 3187 Red Hill Avenue, Ste 100 Costa Mesa, CA 92626<br><br>Defendant. | Case No. SACV09-640-DOC(ANx)<br><br>Honorable David O. Carter<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE |

1 **<u>ORDER</u>**

2   Upon stipulation, IT IS HEREBY ORDERED that all claims and
3 counterclaims be dismissed with prejudice.

4
5 DATED: January 25, 2010      */s/ David O. Carter*
                               _____
6                              THE HONORABLE DAVID O. CARTER
                               United States District Court
7                              Central District of California